**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION** MDL No. 2296

**ORDER REASSIGNING LITIGATION**

On March 27, 2013, the Panel was notified that the actions in the above litigation have been reassigned to the Honorable Richard J. Sullivan by the Southern District of New York.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Richard J. Sullivan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

John G. Heyburn II
Chairman